UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80014-CIV-UNGARO/O'SULLIVAN

JOSE BUENROSTRO,

    Plaintiff,

v.

BROGUES ON THE AVENUE, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the plaintiff's Verified Motion to Enforce Settlement Agreement and for Entry of Judgment for Plaintiff and Attorney's Fees (DE # 8, 7/2/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the plaintiff's Verified Motion to Enforce Settlement Agreement and for Entry of Judgment for Plaintiff and Attorney's Fees (DE # 8, 7/2/07) by **Tuesday, August 14, 2007**. The failure to file a response may result in a recommendation that the plaintiff's Verified

Motion to Enforce Settlement Agreement and for Entry of Judgment for Plaintiff and Attorney's Fees (DE # 8, 7/2/07) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **31st** day of July, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record